IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCADIO G. NAVARRO,                              No. C 05-05107 TEH

    Petitioner,

v.                                               **ORDER**

ALBERTO R. GONZALEZ, et al.,

    Respondents.

The Court is in receipt of Petitioner's Petition for a Writ of Habeas Corpus. Petitioner asserts one claim for relief: that he is being denied his liberty based on an improper application of 8 U.S.C. § 1231(a)(6). Accordingly, and good cause appearing, it is HEREBY ORDERED that:

1. Respondent shall file a response to this Petition and/or a motion to dismiss no later than Tuesday, January 17, 2006.

2. If Respondent files a response, Petitioner may file a reply thereto no later than Monday, January 30, 2006, and this Court shall hold a hearing on this matter on Monday, February 13, 2006 at 10:00 a.m.

3. If Respondent files a motion to dismiss, Respondent shall notice said motion pursuant to the Local Rules

IT IS SO ORDERED.

DATED: 12/113/05                                 THELTON E. HENDERSON
                                                 UNITED STATES DISTRICT COURT