**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVARRO, | No. C 05-05107 TEH |
| Plaintiff, | |
| v. | **ORDER** |
| GONZALEZ ET AL, | |
| Defendant. | |

In order to accommodate this Court's schedule, and good cause appearing, it is HEREBY ORDERED that Respondent's Motion to Dismiss, originally calendared for March 13, 2006, shall be continued to March 20, 2006 at 10:00 a.m.  <u>Respondent's reply brief, however, shall remain due February 27, 2006</u>.

**IT IS SO ORDERED.**

Dated: February 27, 2006

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE