United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCADIO GOMEZ NAVARRO,

　　　　　　　　　Petitioner,

　　　　v.

ALBERTO R. GONZALES, Attorney
General of the United States;
MICHAEL CHERTOFF, Secretary for
the Department of Homeland Security,

　　　　　　　　　Respondents.

NO. C05-5107 TEH

ORDER RE: HEARING
SCHEDULED FOR MARCH 20,
2006

This matter comes before the Court on Respondents' motion to dismiss for improper venue.  Neither party has raised the issue of whether the petition should be transferred rather than dismissed in the event that the Court finds that venue properly lies in the District of Arizona.  IT IS THEREFORE ORDERED that the parties be prepared to address this issue at the hearing scheduled for **March 20, 2006, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated: March 8, 2008

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT